**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 AUG 20 PM 5:00

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR 319 |
| | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | **UNDER SEAL** |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2) & (b)(1) |
| | ) | 18 U.S.C. § 2252A(a)(5)(b) |
| | ) | |
| WESLEY CAMERON, | ) | |
| a/k/a ▇▇▇▇ | ) | |
| a/k/a ▇▇▇▇ | ) | |
| Defendant. | ) | |

The Grand Jury charges:



1

Exhibit 1











## COUNT I

On or about between October 24, 2012, and December 8, 2012, in the District of Nebraska and elsewhere, WESLEY CAMERON, a/k/a ███████████, knowingly received and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

## COUNT II

On or about between October 24, 2012, and December 8, 2012, in the District of Nebraska and elsewhere, WESLEY CAMERON, a/k/a ███████████, knowingly accessed with intent to view, a computer disk and any other material that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASK

13 AUG 20 PM 5:01

OFFICE OF THE CLER

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

Upon conviction for violating an offense involving a visual depiction described in Title 18, United States Code, Section 2252A, WESLEY CAMERON, a/k/a ▮▮▮▮▮, shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid to violation.

In violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
ROBERT C. STUART
First Assistant United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL P. NORRIS
Assistant United States Attorney

_____
SARAH CHANG
Trial Attorney

8