IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CR319** |
| vs. | |
| **WESLEY CAMERON,** | **ORDER** |
| Defendant. | |

This matter is before the court on the United States of America's Motion for Substitution of Redacted Indictment (Filing No. 21). Upon consideration,

**IT IS ORDERED**:

1. The United States of America's Motion for Substitution of Redacted Indictment (Filing No. 21) is granted.

2. The Clerk of the District Court is directed to replace the publicly available Indictment in this case with the redacted Indictment attached to the United States of America's motion (Filing No. 22-1).

Dated this 13th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge