IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WESLEY CAMERON, and<br>CHARLES MACMILLAN,<br><br>　　　　　Defendants. | 8:13CR319<br><br>ORDER |

　　　　This matter is before the court on the United States of America's Motion for Substitution of Redacted Superseding Indictment (Filing No. 30).  Upon consideration,

　　**IT IS ORDERED**:

　　1.　　The United States of America's Motion for Substitution of Redacted Superseding Indictment (Filing No. 30) is granted.

　　2.　　The Clerk of the District Court is directed to replace the publicly available Superseding Indictment in this case with the redacted Superseding Indictment (Filing No. 31-1).

　　Dated this 25th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge