IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>     Plaintiff,                               )<br>                                                          )<br>     vs.                                             )<br>                                                          )<br>WESLEY CAMERON and            )<br>CHARLES MACMILLAN,              )<br>                                                          )<br>     Defendants.                          ) | 8:13CR319<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Charles MacMillan (MacMillan) (Filing No. 44). Macmillan seeks until November 15, 2013, in which to file pretrial motions in accordance with the progression order. MacMillan's counsel represents that MacMillan will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted. The pretrial motion deadline will be extended as to both defendants, MacMillan and Wesley Cameron (Cameron).

**IT IS ORDERED:**

Defendant MacMillan's motion for an extension of time (Filing No. 44) is granted. MacMillan and Cameron are given until **on or before November 15, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 15, 2013, and November 15, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge