# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:13CR319** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WESLEY CAMERON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Wesley Cameron (Cameron) for reconsideration of detention (Filing No. 49). After investigation of the proposal by Pretrial Services, the motion for reconsideration is denied.

**IT IS SO ORDERED.**

DATED this 5th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge