## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| **Plaintiff,** | | **8:13CR319** |
| **vs.** | | |
| **WESLEY CAMERON and CHARLES MACMILLAN,** | | **ORDER** |
| **Defendants.** | | |

This matter is before the court on the motions to sever by defendants Wesley Cameron (Cameron) (Filing No. 68) and Charles MacMillan (MacMillan) (Filing No. 69). The court notes MacMillan scheduled a hearing for May 30, 2014, to change his plea to guilty. **See** Filing No. 92. Under these circumstances, the motions to sever are moot. Accordingly, the motions to sever are denied, without prejudice.

**IT IS SO ORDERED**.

Dated this 8th day of May, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge