# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:13CR319 |
| vs. | |
| **WESLEY CAMERON,** | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Motion to Compel Attorney Deborah D. Cunningham to Provide File Copy to Defendant (Filing No. 151). The defendant pleaded guilty and the court sentenced him on October 27, 2014. **See** Filing No. 133. The defendant filed the instant motion seeking a copy of his "criminal file" from his former counsel. **See** Filing No. 151. The defendant contends counsel abandoned him and prevented him from filing for any post-conviction relief by failing to provide the file. *Id.* The defendant does not provide an explanation why he needs the file or which part of the file may be missing or may assist him at this time.

Ms. Cunningham filed a response describing a multitude of documents previously provided to the defendant and explaining why certain documents were withheld, primarily because they were not in her file. **See** Filing No. 152. Additionally, counsel states she informed the defendant, by notifying his family, how he could obtain copies of the court's file directly from the court. *Id.* Under these circumstances, the court will not compel Ms. Cunningham to provide documents to the defendant. Accordingly,

**IT IS ORDERED:**

The defendant's Motion to Compel Attorney Deborah D. Cunningham to Provide File Copy to Defendant (Filing No. 151) is denied.

Dated this 29th day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge