IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>WESLEY CAMERON,<br><br>             Defendant. | 8:13CR319<br><br>**ORDER** |

This matter is before the Court on the defendant's renewed motions for compassionate release. Filing Nos. 184 and 186. The Defendant seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) as amended by Section 603 of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018). The Court had denied Defendant's previous request for release. Filing Nos. 158 and 182. In light of new developments outlined in the defendant's motions, the Court will appoint the Federal Public Defender's Office to oversee this case. Likewise, the Court will order the United States Probation office to review a home detention placement as outlined in the defendant's motions and will order the government to file its response.

**THEREFORE, IT IS ORDERED THAT**:

1. The Public Defender's office, Dave Stickman, is appointed to represent the defendant and is ordered to file a brief within 60 days.

2. The United States Attorney's office, Steven Russell, is ordered to review the defendant's motions. Once the defendant files a brief, the government shall have 14 days hereafter to file a responsive brief.

1

3. The United States Probation Office, Doug Steensma, is ordered to review the defendant's motions, proposed release plan, and gather updated BOP records within 30 days.  Once the Defendant files a brief, Probation shall have 14 days hereafter to submit a final investigative report.

Dated this 14th day of February 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge