IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:13CR319** |
| vs. | |
| WESLEY CAMERON | **ORDER** |
| Defendant. | |

This matter comes before the Court on its own motion. On February 14, 2023, the Court appointed the Federal Public Defender's Office to represent Mr. Cameron and assist with related filings for compassionate release. The order also included various deadlines for brief filings for the U.S. Probation Office, U.S. Attorney's Office, and Federal Public Defender's Office. "Once the defendant files a brief, the government shall have 14 days hereafter to file a responsive brief." Filing No. 188. CJA appointed Attorney Reefe entered his appearance on behalf of Mr. Cameron on February 17, 2023, and filed a motion, brief, and exhibits between June 14 and 16, 2023. Filing Nos. 190, 199, 201, 202. Based on the last filing date of June 16, 2023, the government should have filed their brief by June 30, 2023. To date, a response brief from the government has not been received.

IT IS ORDERED that the government file its response brief within 7 days of the date of this order.

Dated this 26th day of July, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge